419 A.2d 191

Comm. ex rel. Richardson et al. v. Richardson, Appellant.

Argued March 21, 1979. Marvin L. Wilenzik, for appellant; Marjorie C. Lawrence, for appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Appeal quashed.

419 A.2d 191

Philadelphia Savings Fund Society v. Harrison et al., Appellants, and Hamilton West Corp.

Argued March 22, 1979. Alfred O. Breinig, Jr., for appellants; Jay E. Goldfarb, for appellees.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment affirmed.